IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LEROY WILLIAMS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SURYARAO MUDRAGADA, *et al*., )<br>)<br>)<br>Defendants. ) | Case No. 3:21-cv-8-RAH-KFP |

## **ORDER**

On January 26, 2021, the Magistrate Judge recommended that this case be dismissed without prejudice because the Plaintiff failed to comply with the court's order to pay the requisite filing fee. (Doc. 6, p. 1.) No party filed an objection to the Magistrate Judge's recommendation. Upon this Court's review and consideration of the record, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Recommendation (Doc. 6) is ADOPTED.

2. This case is DISMISSED without prejudice.

DONE, this 15th day of March, 2021.

                                                  /s/ R. Austin Huffaker, Jr.
                                            R. AUSTIN HUFFAKER, JR.
                                            UNITED STATES DISTRICT JUDGE